UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHAEL KORS, L.L.C.,

                Plaintiff,

    -against-

GAN TRADING INC.,

                Defendant.
-------------------------------------------------------------------x

Civil Action No.

15 CV 07933 (TPG)

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST GAN TRADING INC.**

        PLEASE TAKE NOTICE, that based upon the Complaint dated October 7, 2015, Dkt. 1, and the accompanying memorandum of law and declaration of Heather McDonald, along with all exhibits, filed concurrently herewith, Plaintiff Michael Kors, L.L.C. (the "Plaintiff"), by and through its counsel, move this Court, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Federal Rule of Civil Procedure 55(b)(2), for a default judgment against Defendant GAN Trading Inc.

Dated: October 13, 2016
       New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

_____
Heather J. McDonald (HM 3320)
Email: hmcdonald@bakerlaw.com
Robertson Beckerlegge (RB 1829)
Email: rbeckerlegge@bakerlaw.com
Kevin M. Wallace (KW 1284)
Email: kwallace@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Counsel to Plaintiff Michael Kors, L.L.C.*