# **Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL KORS, L.L.C.,                        :

       Plaintiff,         :

                   :    Civil Action No.

   -against-          :

                   :    15 CV 07933 (TPG)

GAN TRADING INC.,           :

       Defendant.        :
------------------------------------------------------------------x

**ORDER, PURSUANT TO FED. R. CIV. P. 55, DIRECTING
THE ENTRY OF DEFAULT JUDGMENT AGAINST
<u>DEFENDANT GAN TRADING INC.</u>**

   Upon the motion and the accompanying memorandum of law dated October 13, 2016 (the "<u>Motion</u>"), of Plaintiff Michael Kors, L.L.C. (the "<u>Plaintiff</u>"), for an order, pursuant to Rule 55 of the Federal Rules of Civil Procedure (the "<u>FRCP</u>"), entering a default judgment against defendant GAN Trading Inc. (the "<u>Defendant</u>"); and upon the declaration of Heather McDonald submitted in support of the Motion ("<u>McDonald's Declaration</u>"); and due and proper notice of the Motion and opportunity for a hearing thereon having been given; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore:

   **IT IS HEREBY FOUND AND DETERMINED THAT:**

   A.  The Complaint and accompanying Summons (as those terms are defined in the Motion) were properly served upon the Defendant.

   B.  Proper, timely and sufficient notice of the Motion and the opportunity for a hearing thereon has been given to the Defendant.

C.	The Defendant has failed to adequately participate in discovery, otherwise defend this action, or respond to the Motion.

D.	On October 13, 2016, the Clerk of this Court entered the Defendant's default in this case, which appears on the docket of this action as <u>Docket No. 27</u>.

E.	The Plaintiff is entitled to the immediate entry of a judgment in the amount of $1,000,000 plus an award of attorneys' fees and costs, on account of the claims asserted.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.	The Motion is granted on the terms and conditions set forth herein.

2.	As soon as is practicable, a default judgment shall be entered by the Court in favor of the Plaintiff and against the Defendant in substantially the same form as <u>Exhibit D</u> to McDonald's Declaration (the "<u>Judgment</u>"), and the Plaintiff shall have immediate execution thereof.

3.	Interest on the Judgment shall be calculated from the date of the entry of the Judgment, at the higher of: (i) a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment, as set forth in 28 U.S.C. § 1961; or (ii) nine (9%) percent per annum, as set forth in N.Y. C.P.L.R. § 5004.

4.	If and when the Judgment is satisfied, the Plaintiff shall promptly issue a satisfaction of judgment, or such other documents as may be reasonably requested by the Defendant to evidence the satisfaction of the Judgment.

      5.      This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: _____, 2016
        New York, New York

                                                   _____
                                                   HONORABLE THOMAS P. GRIESA
                                                   UNITED STATES DISTRICT JUDGE