# **Exhibit D**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

MICHAEL KORS, L.L.C., :
:
                Plaintiff, :
:     Civil Action No.
   -against- :
:     15 CV 07933 (TPG)
GAN TRADING INC., :
:
                Defendant. :
-----------------------------------------------------------------x

## JUDGMENT BY DEFAULT AGAINST DEFENDANT GAN TRADING INC.

Default was entered against defendant GAN Trading Inc. on October 12, 2016. Therefore, on motion of the plaintiff, Michael Kors, L.L.C., judgment is entered against defendant, GAN Trading Inc., in favor of plaintiff as follows:

**IT IS ORDERED, ADJUDGED AND DECREED THAT plaintiff be awarded a judgment against, and recover from, defendant GAN Trading Inc. one million and 00/100 ($1,000,000.00) dollars, together with interest and attorneys' fees and costs, in the amount of the plaintiff shall have immediate execution thereof.**

_____          _____
Date                                                      HONORABLE THOMAS P. GRIESA
                                                          UNITED STATES DISTRICT JUDGE